1  Eric D. Houser (SBN 130079)
   Neil J. Cooper (SBN 277997)
2  HOUSER & ALLISON, APC
   A Professional Corporation
3  9970 Research Drive
   Irvine, California 92618
4  Telephone: (949) 679-1111
   Facsimile: (949) 679-1112
5  E-Mail: ncooper@houser-law.com

6  Attorneys for Defendant The Bank of New York Mellon fka The Bank of New York as
   Trustee for the Benefit of the Certificate Holders of the CWALT, Inc., Alternative Loan
7  Trust 2004-25CB, Mortgage Pass-Through Certificates, Series 2004-25CB

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE RYAN-BEEDY, an individual,<br><br>Plaintiff<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2004-25CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-25CB; DITECH FINANCIAL, LLC, and DOES 1-50, inclusive,<br><br>Defendants | Case No.: 2:17-CV-01999-WBS-EFB<br><br>**JOINT APPLICATION FOR AMENDED SCHEDULING ORDER CONTINUING DISCOVERY DATES AND [~~PROPOSED~~] ORDER**<br><br>Action filed: September 27, 2017<br>Trial starts: September 17, 2019 |

JOINT APPLICATION AND ORDER CONTINUING DISCOVERY DATES

1

**TO THE COURT AND ALL INTERESTED PERSONS:**

Plaintiff Suzanne Ryan-Beedy ("Ryan-Beedy") and defendants Ditech Financial, LLC ("Ditech") and The Bank of New York Mellon fka The Bank of New York as Trustee for the Benefit of the Certificate Holders of the Cwalt, Inc., Alternative Loan Trust 2004-25CB, Mortgage Pass-Through Certificates, Series 2004-25CB ("BONY") (Ryan-Beedy, Ditech, and BONY may hereinafter be referred collectively as the "Parties") hereby apply to Magistrate Judge Edmund F. Brennan to extend discovery and expert disclosure deadlines with reference to the following:

A. Ryan-Beedy filed the present action on September 27, 2017.

B. The operative First Amended Complaint was filed on December 8, 2017.

C. On February 22, 2018, the Court granted in part and denied in part the respective motions to dismiss by Ditech and BONY.

D. On March 8, 2018, Ditech and BONY filed their respective Answers.

E. On April 4, 2018, the Court entered its Scheduling Order [Dkt. 37], which set the following schedule:

| | | |
|---|---|---|
| Disclosure of experts | - | January 31, 2019 |
| Disclosure of rebuttal experts | - | February 21, 2019 |
| Close of discovery | - | March 29, 2019 |
| Deadline for filing motions | - | May 31, 2019 |
| Pretrial & Settlement Conferences | - | July 22, 2019 |
| Trial | - | September 17, 2019 at 9:00 a.m. |

F. The Scheduling Order further provides that requests to modify the dates, other than the trial date, are to be made to the assigned Magistrate Judge.

G. The Parties have not previously requested that the Scheduling Order be amended or that any dates be continued.

H. The Parties are working through discovery disputes concerning Ryan-Beedy's deposition and production of documents that are necessary to, *inter alia*, Ditech's and BONY's respective expert's reports. Additional time is necessary in order for the

experts to receive and review the documents and deposition transcripts, and prepare their reports.

NOW, THEREFORE, the Parties hereby apply to the Court to amend Section IV of the Scheduling Order [Dkt. 37] as set forth below, with no changes to the other scheduled dates:

1. The parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than March 19, 2019.

2. With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before April 9, 2019.

3. All other discovery, including depositions for preservation of testimony, is left open, save and except that it shall be so conducted as to be completed by April 30, 2019. The word "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relevant to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed. All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this court and so that such motions may be heard (and any resulting orders obeyed) not later than April 30, 2019.

Respectfully submitted,

Dated: January 8, 2019 **UNITED LAW CENTER**

By: _____/s/_____
John S. Sargetis
Stephen J. Foondos
Attorneys for Plaintiff
Suzanne Ryan-Beedy

Dated: January 8, 2019

**SEVERSON & WERSON**
A Professional Corporation

By: /s/
Eleanor M. Roman
Chaitra G. Betageri
Attorneys for Defendant
Ditech Financial, LLC

Dated: January 8, 2019

**HOUSER & ALLISON**
A Professional Corporation

By: [signature]
Eric D. Houser
Neil J. Cooper
Attorneys for Defendant
The Bank of New York Mellon fka The Bank of New York as Trustee for the Benefit of the Certificate Holders of the CWALT, Inc., Alternative Loan Trust 2004-25CB, Mortgage Pass-Through Certificates, Series 2004-25CB

## [PROPOSED] ORDER

**IT IS SO ORDERED.**

Dated: January 8, 2019

[signature]
Hon. Edmund F. Brennan
United States Magistrate Judge