UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE RYAN-BEEDY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2004-25CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-25CB; DITECH FINANCIAL, LLC, and DOES 1-50, inclusive,<br><br>Defendants. | No. 2:17-cv-1999-WBS-EFB<br><br>ORDER |

Defendant Bank of New York Mellon filed a motion regarding a discovery disagreement, which it noticed for hearing on February 6, 2019. ECF No. 41. Local Rule 251(a) provides that the Joint Statement Re Discovery Disagreement must be filed at least seven days before the scheduled hearing date or, in this instance, by January 30, 2019. Local Rule 251(a) also provides that the hearing on a discovery motion may be dropped from calendar without prejudice if the Joint Statement re Discovery Disagreement is not timely filed. *Id*.

Although the deadline has passed, the docket reflects that no Joint Statement re Discovery Disagreement has been filed in connection with defendant's motion. Therefore, the discovery

1

motion (ECF No. 41) is denied without prejudice and the February 6, 2019 hearing thereon is vacated.

So Ordered.

DATED: January 31, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE