1 Eric D. Houser (SBN 130079)
Neil J. Cooper (SBN 277997)
2 HOUSER & ALLISON, APC
3 A Professional Corporation
9970 Research Drive
4 Irvine, California 92618
5 Telephone: (949) 679-1111
Facsimile: (949) 679-1112
6 E-Mail: ncooper@houser-law.com

7
Attorneys for Defendant The Bank of New York Mellon fka The Bank of New York as
8 Trustee for the Benefit of the Certificate Holders of the CWALT, Inc., Alternative Loan
Trust 2004-25CB, Mortgage Pass-Through Certificates, Series 2004-25CB

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE RYAN-BEEDY, an individual,<br><br>Plaintiff<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2004-25CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-25CB; DITECH FINANCIAL, LLC, and DOES 1-50, inclusive,<br><br>Defendants | Case No.: 2:17-CV-01999-WBS-EFB<br><br>**JOINT APPLICATION FOR AMENDED SCHEDULING ORDER CONTINUING DISCOVERY DATES AND [~~PROPOSED~~] ORDER**<br><br>Action filed: September 27, 2017<br>Trial starts: September 17, 2019 |

**TO THE COURT AND ALL INTERESTED PERSONS:**

Plaintiff Suzanne Ryan-Beedy ("Ryan-Beedy") and defendant The Bank of New York Mellon fka The Bank of New York as Trustee for the Benefit of the Certificate Holders of the Cwalt, Inc., Alternative Loan Trust 2004-25CB, Mortgage Pass-Through Certificates, Series 2004-25CB ("BONY") (Ryan-Beedy and BONY may hereinafter be referred collectively as the "Parties") hereby apply to Magistrate Judge Edmund F. Brennan to extend discovery and expert disclosure deadlines with reference to the following:

    A.    Ryan-Beedy filed the present action on September 27, 2017.

    B.    The operative First Amended Complaint was filed on December 8, 2017.

    C.    On February 22, 2018, the Court granted in part and denied in part the respective motions to dismiss by Ditech and BONY.

    D.    On March 8, 2018, Ditech and BONY filed their respective Answers.

    E.    On April 4, 2018, the Court entered its Scheduling Order [Dkt. 37], which set the following schedule:

| | |
|---|---|
| Disclosure of experts | - January 31, 2019 |
| Disclosure of rebuttal experts | - February 21, 2019 |
| Close of discovery | - March 29, 2019 |
| Deadline for filing motions | - May 31, 2019 |
| Pretrial & Settlement Conferences | - July 22, 2019 |
| Trial | - September 17, 2019 at 9:00 a.m. |

    F.    The Scheduling Order further provides that requests to modify the dates, other than the trial date, are to be made to the assigned Magistrate Judge.

    G.    The Parties requested the discovery deadlines be extended, which Magistrate Judge Brennan granted on January 8, 2019 [Dkt. 40].

    H.    On February 22, 2019, defendant Ditech Financial, LLC filed a Notice of Bankruptcy Filing and Imposition of Automatic Stay [Dkt. 43] and the action is

automatically stayed as against defendant Ditech Financial, LLC by virtue of the Bankruptcy Code.

    I.    BONY filed a Motion for an Order Staying the Action [Dkt. 47] on March 11, 2019, contending the stay also applies to it or, alternatively, requesting that Judge Shubb stay the entire action under the Court's inherent authority, and that motion is set for hearing on April 8, 2019.

    J.    The Parties are cooperative working through discovery but the uncertainty of whether or not the matter will be stayed, and the probability that expert reports will be outdated and of no further value if the matter is stayed and later resumes, presents challenges to discovery and expert disclosures, and the Parties desire that the uncertainty be resolved prior to the disclosure of expert reports.

NOW, THEREFORE, the Parties hereby apply to the Court to amend Section IV of the Scheduling Order [Dkt. 37] as set forth below, with no changes to the other scheduled dates:

    1.    The parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than April 22, 2019.

    2.    With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before May 3, 2019.

    3.    All other discovery, including depositions for preservation of testimony, is left open, save and except that it shall be so conducted as to be completed by May 17, 2019. The word "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relevant to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed. All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this court and so that such motions may be heard (and any resulting orders obeyed) not later than April 30, 2019.

JOINT APPLICATION AND ORDER CONTINUING DISCOVERY DATES
3

Respectfully submitted,

Dated: March 19, 2019      **UNITED LAW CENTER**

By:   /s/ John S. Sargentis
       John S. Sargetis
       Stephen J. Foondos
       Attorneys for Plaintiff
       Suzanne Ryan-Beedy

Dated: March 19, 2019      **HOUSER & ALLISON**
                                           A Professional Corporation

By: _____
       Eric D. Houser
       Neil J. Cooper
       Attorneys for Defendant
       The Bank of New York Mellon fka The Bank of New York as Trustee for the Benefit of the Certificate Holders of the CWALT, Inc., Alternative Loan Trust 2004-25CB, Mortgage Pass-Through Certificates, Series 2004-25CB

## [~~PROPOSED~~] ORDER

**IT IS SO ORDERED.**

Dated: March 19, 2019.     _____
                                           Hon. Edmund F. Brennan
                                           United States Magistrate Judge