Eric D. Houser (SBN 130079)
Neil J. Cooper (SBN 277997)
HOUSER & ALLISON, APC
A Professional Corporation
9970 Research Drive
Irvine, California 92618
Telephone: (949) 679-1111
Facsimile: (949) 679-1112
E-Mail:  ncooper@houser-law.com

Attorneys for Defendant, The Bank of New York Mellon fka The Bank of New York as Trustee for the Benefit of the Certificate Holders of the CWALT, Inc., Alternative Loan Trust 2004-25CB, Mortgage Pass-Through Certificates, Series 2004-25CB

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE RYAN-BEEDY, an individual,<br><br>Plaintiff<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2004-25CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-25CB; DITECH FINANCIAL, LLC, and DOES 1-50, inclusive,<br><br>Defendants | Case No.: 2:17-CV-01999-WBS-EFB<br><br>**ORDER GRANTING DEFENDANT THE BANK OF NEW YORK MELLON, AS TRUSTEE'S REQUEST TO APPEAR BY TELEPHONE**<br><br>Date:  April 8, 2019<br>Time:  1:30 p.m.<br>Judge:  Hon. William B. Shubb<br>Place:  Courtroom 5, 14th Floor<br>         Robert T. Matsui U.S. Courthouse<br>         501 I Street<br>         Sacramento, CA 95814<br><br>Action filed: September 27, 2017<br>Trial Start: September 17, 2019 |

Having read the request by Defendant, the Bank of New York Mellon fka the Bank of New York as Trustee for The Benefit of the Certificate Holders of the Cwalt, Inc., Alternative Loan Trust 2004-25CB, Mortgage Pass-Through Certificates, Series 2004-25CB's ("Defendant") counsel, the Court hereby grants the request to appear telephonically at the April 8, 2019, Motion for an Order Staying the Action. Neil J. Cooper can be reached directly at (949) 679-1111.

ORDER GRANTING REQUEST TO APPEAR BY TELEPHONE

1

The courtroom deputy shall email counsel with instructions on how to participate in the telephonic conference call.

**IT IS SO ORDERED.**

Dated: April 1, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE