1  MARY KATE SULLIVAN (State Bar No. 180203)
   ELEANOR M. ROMAN (State Bar No. 178736)
2  emr@severson.com
   SEVERSON & WERSON
3  A Professional Corporation
   One Embarcadero Center, Suite 2600
4  San Francisco, California 94111
   Telephone: (415) 398-3344
5  Facsimile: (415) 956-0439

6  Attorneys for Defendant
   DITECH FINANCIAL LLC
7

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

11 | SUZANNE RYAN-BEEDY, | Case No. 2:17-CV-01999-WBS-EFB
12 | Plaintiff, | **ORDER ON STIPULATION DISMISSING WITHOUT PREJUDICE THE CLAIMS ALLEGED BY PLAINTIFF AGAINST DITECH**
13 | vs. |
14 | THE BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2004-25CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-25CB; DITECH FINANCIAL, LLC; and DOES 1 through 50, inclusive, | Action Filed: September 27, 2017
19 | Defendants. |

20

21  Pursuant to the Stipulation of Plaintiff, Suzanne Ryan-Beedy, ("Ryan-Beedy" or

22  "Plaintiff") and defendant, Ditech Financial LLC, ("Ditech" or "Defendant"), by and through their

23  counsel of record, and their request made pursuant to Local Rule 143 and Federal Rule of Civil

24  Procedure 41(a)(2), and GOOD CAUSE APPEARING, the remaining claims for relief alleged

25  against Ditech by Plaintiff in the First Amended Complaint filed by her in this Action:(1) Fourth

26  Claim for Relief for Intentional Misrepresentation/False Promise; (2) Fifth Claim for Relief for

27  Negligent Misrepresentation; (3) Sixth Claim for Relief for Promissory Estoppel; (4) Seventh

28  Claim for Relief for Negligence; (5) Eighth Claim for Relief for Wrongful Foreclosure; (6) Ninth

Claim for Relief for Intentional Infliction of Emotional Distress; and (7) Tenth Claim for Relief for Violation of Business and Professions Code § 17200 are hereby dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: February 20, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE