UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SUZANNE RYAN-BEEDY,<br><br>             Plaintiff,<br><br>     v.<br><br>THE BANK OF NEW YORK MELLON fka<br>THE BANK OF NEW YORK AS TRUSTEE<br>FOR THE BENEFIT OF THE<br>CERTIFICATE HOLDERS OF THE<br>CWALT, INC., ALTERNATIVE LOAN<br>TRUST 2004-25CB, MORTGAGE PASS-<br>THROUGH CERTIFICATES, SERIES<br>2004-25CB; DITECH FINANCIAL,<br>LLC; and DOES 1 through 50,<br>inclusive,<br><br>             Defendants. | No. 2:17-cv-01999 WBS EFB<br><br>ORDER SETTING STATUS<br>CONFERENCE |

----oo0oo----

On September 30, 2020, plaintiff filed a new motion to
lift the stay in this action and for leave to file a new second
amended complaint.  (Docket No. 67.)  On October 14, 2020,
defendant Bank of New York Mellon fka The Bank of New York as
Trustee for the Benefit of the Certificate Holders of the CWALT,

1

1   Inc., filed a statement of non-opposition to plaintiff's motion

2   in which it also requested a status conference to address setting

3   the new dates and deadlines in this matter.  (Docket No. 69.)

4          In light of these filings, the court will conduct a

5   status conference on the same date as the hearing scheduled for

6   plaintiff's motion, November 2, 2020, at 1:30 p.m.  (See Docket

7   No. 67.)  The court will defer ruling on plaintiff's motion until

8   the scheduled hearing.

9          IT IS THEREFORE ORDERED that a status conference be set

10  for November 2, 2020, at 1:30 p.m.  The parties are directed to

11  file a joint status report with agreed proposed deadlines and a

12  proposed trial date no later than October 26, 2020.

13  Dated:   October 20, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2