1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10                              ----oo0oo----

11

12   SUZANNE RYAN-BEEDY,              No. 2:17-cv-01999 WBS EFB

13              Plaintiff,

14        v.                          ORDER GRANTING PLAINTIFF'S
                                      REQUEST FOR DISMISSAL WITH
15   THE BANK OF NEW YORK MELLON fka  PREJUDICE AND MOTION TO LIFT
     THE BANK OF NEW YORK AS TRUSTEE  THE STAY AND FOR LEAVE TO
16   FOR THE BENEFIT OF THE           FILE A SECOND AMENDED
     CERTIFICATE HOLDERS OF THE       COMPLAINT
17   CWALT, INC., ALTERNATIVE LOAN
     TRUST 2004-25CB, MORTGAGE PASS-
18   THROUGH CERTIFICATES, SERIES
     2004-25CB; DITECH FINANCIAL,
19   LLC; and DOES 1 through 50,
     inclusive,
20
                Defendants.
21

22                              ----oo0oo----

23
              On September 30, 2020, plaintiff filed a new motion to
24
     lift the stay in this action and for leave to file a new second
25
     amended complaint.  (Docket No. 67.)  Defendant Bank of New York
26
     Mellon fka The Bank of New York as Trustee for the Benefit of the
27
     Certificate Holders of the CWALT, Inc., did not oppose the
28
                                    1

1   motion.  (Docket No. 69.)

2          On November 2, 2020, the court held a hearing on

3   plaintiff's motion.  (See Docket No. 72.)  During the hearing,

4   the court indicated that it would grant plaintiff's motion if

5   plaintiff filed a dismissal of its claims as to Ditech Financial,

6   LLC ("Ditech") with prejudice, or stipulated that it would not

7   take the deposition of Ditech or any of its officers or

8   employees.

9          Following the hearing, plaintiff has filed a request

10  pursuant to Federal Rule of Civil Procedure 41(a)(2) for an order

11  dismissing with prejudice its entire action against Ditech and

12  all of the remaining claims for relief by plaintiff against

13  Ditech in plaintiff's First Amended Complaint.  (See Docket No.

14  73.)

15         Pursuant to plaintiff's request, and good cause

16  appearing, IT IS HEREBY ORDERED that the following claims as to

17  Ditech Financial, LLC, in plaintiff's First Amended Complaint are

18  dismissed with prejudice: plaintiff's (1) Fourth Claim for Relief

19  for Intentional Misrepresentation/False Promise; (2) Fifth Claim

20  for Relief for Negligent Misrepresentation; (3) Sixth Claim for

21  Relief for Promissory Estoppel; (4) Seventh Claim for Relief for

22  Negligence; (5) Eighth Claim for Relief for Wrongful Foreclosure;

23  (6) Ninth Claim for Relief for Intentional Infliction of

24  Emotional Distress; and (7) Tenth Claim for Relief for Violation

25  of Business and Professions Code § 17200.  (See Docket No. 16.)

26         IT IS FURTHER ORDERED THAT the plaintiff's motion to

27  lift the stay in this action and for leave to file the Second

28  Amended Complaint that she attached to her motion be, and the

1   same hereby is, GRANTED.  Plaintiff shall file her Second Amended

2   Complaint within 14 days of the issuance of this Order.

3   Dated:  November 5, 2020

4   WILLIAM B. SHUBB

5   UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28