UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE RYAN-BEEDY, an individual,<br><br>Plaintiff<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2004-25CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-25CB; DITECH FINANCIAL, LLC, and DOES 1-50, inclusive,<br><br>Defendants | Case No.: 2:17-CV-01999-WBS-JDP<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE DISCOVERY DEADLINES<br><br>ECF No. 79 |

The Court, having reviewed and considered the parties' Stipulation for Order Continuing discovery deadlines and good cause appearing, grants the parties' stipulated motion. ECF No. 79. The Scheduling Order, ECF No. 76, is modified as follows:

The parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than **September 13, 2021**. With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before **October 5, 2021**.

All fact discovery, including depositions for preservation of testimony, is left open, save and except that it shall be so conducted as to be completed by **November 1, 2021**. The word

"completed" means that all fact discovery shall have been conducted so that all depositions have been taken and any disputes relevant to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed. All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this court and so that such motions may be heard (and any resulting orders obeyed) not later than **November 1, 2021**.

All expert discovery, including depositions for preservation of testimony, is left open, save and except that it shall be so conducted as to be completed by **December 1, 2021**. The word "completed" means that all fact discovery shall have been conducted so that all depositions have been taken and any disputes relevant to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed. All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this court and so that such motions may be heard (and any resulting orders obeyed) not later than **December 1, 2021**.

IT IS SO ORDERED.

Dated:   July 29, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE