Eric D. Houser (SBN 130079)
Neil J. Cooper (SBN 277997)
HOUSER LLP
9970 Research Drive
Irvine, California 92618
Telephone: (949) 679-1111
Facsimile: (949) 679-1112
E-Mail: ncooper@houser-law.com

Attorneys for Defendant, The Bank of New York Mellon fka The Bank of New York as Trustee for the Benefit of the Certificate Holders of the CWALT, Inc., Alternative Loan Trust 2004-25CB, Mortgage Pass-Through Certificates, Series 2004-25CB

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE RYAN-BEEDY, an individual,<br><br>Plaintiff<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2004-25CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-25CB; DITECH FINANCIAL, LLC, and DOES 1-50, inclusive,<br><br>Defendants | Case No.: 2:17-CV-01999-WBS-JDP<br><br>**ORDER MODIFYING HEARING AND OTHER DATES**<br><br>Action Filed: September 27, 2017<br>Trial Start: May 17, 2022 |

The Court, having reviewed and considered the parties' Stipulation for Order Continuing discovery deadlines, and good cause appearing, grants the parties' stipulation.

Hearing on the Motion for Summary Judgment or, in the Alternative, Summary Adjudication [Dkt. 82] ("Motion") shall be continued to October 18, 2021 at 1:30 p.m. in the above-referenced Court. The briefing schedule shall be based on a September 20, 2021 hearing date.

The Court hereby continues all discovery and motion deadlines by five weeks from their current date, to the following dates:

| | |
|---|---|
| Initial Expert Disclosures: | October 18, 2021 |
| Rebuttal Expert Disclosures: | November 9, 2021 |
| Fact Discovery Cutoff: | December 6, 2021 |
| Expert Discovery Cutoff: | January 12, 2022 |
| Motion filing deadline: | February 7, 2022 |

The Pretrial Conference is rescheduled for April 11, 2022 at 1:30 p.m., and Jury Trial date is rescheduled June 14, 2022 at 9:00 a.m.

IT IS SO ORDERED.

Dated: September 13, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE